**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**George A. BAILLIE, Respondent.**

**No. 879 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 11, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of February, 2004, there having been filed with this Court by George A. Baillie his verified Statement of Resignation dated December 16, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of George A. Baillie be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Marilyn Suzanne ALSTON (HODGES).**

**No. 154 DB 2003 (No. 47 RST 2003).**

Supreme Court of Pennsylvania.

Feb. 11, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 11th day of February, 2004, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated December 19, 2003, are approved and IT IS ORDERED that MARILYN SUZANNE ALSTON (HODGES), who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.